```
BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. 2:13-MJ-216 CKD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER CONTINUING PRELIMINARY |
| v. | ) | HEARING |
| | ) | |
| ROBERTO LUA-RAMOS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Dina Santos on behalf of Defendant Roberto Lua-Ramos, that the Preliminary Hearing scheduled for August 5, 2013, be continued to August 19, 2013, at 2:00 p.m.

The request to continue the preliminary hearing is made to allow counsel additional time to review discovery from the government and reasonable time to prepare.

The government and defendants agree that an exclusion of time is appropriate under 18 U.S.C. 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). This exclusion of time includes the period from August 5, 2013, up to and including August 19,

1

2013.

Dina Santos agrees to this request and has authorized Assistant United States Attorney Olusere Olowoyeye to sign this stipulation on her behalf.

DATED: August 5, 2013    By: /s/ Olusere A. Olowoyeye
                              OLUSERE A. OLOWOYEYE
                              Assistant U.S. Attorney

DATED: August 5, 2013    By: /s/ Olusere Olowoyeye for
                              DINA SANTOS
                              Attorney for Defendant
                              ROBERTO LUA-RAMOS

**IT IS HEREBY ORDERED**:

1. The preliminary hearing set for August 5, 2013, is continued to August 19, 2013, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from August 5, 2013, up to and including August 19, 2013.

IT IS SO ORDERED.

Date: August 5, 2013

HONORABLE ALLISON CLAIRE
U.S. MAGISTRATE COURT JUDGE